CMCSch, Cat08, MDL, Standard, Termed

# U.S. District Court
# Northern District of Ohio (Toledo)
# CIVIL DOCKET FOR CASE #: 3:08-cv-00049-JZ

Sheets v. Davol Inc. et al
Assigned to: Judge Jack Zouhary
Demand: $25,000
Case in other court: Allen County Court of Common Pleas, CV2007 1355
Cause: 28:1332 Diversity-Product Liability

Date Filed: 01/08/2008
Date Terminated: 02/20/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Margaret Sheets** represented by

**Colin P. Sammon**
Novak, Robenalt & Pavlik
950 Skylight Office Tower
1660 West Second Street
Cleveland, OH 44113
216-781-8700
Fax: 216-781-9227
Email: csammon@nrpslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas D. Robenalt**
Novak, Robenalt & Pavlik
950 Skylight Office Tower
1660 West Second Street
Cleveland, OH 44113
216-781-8700
Fax: 216-781-9227
Email: trobenalt@nrpslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc.** represented by

**Gary D. Hermann**
Hermann, Cahn & Schneider
Ste. 500
1301 East Ninth Street
Cleveland, OH 44114
216-781-5515
Fax: 216-781-1030

Email: ghermann@hcsattys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Moeller**
Hermann, Cahn & Schneider
Ste. 500
1301 East Ninth Street
Cleveland, OH 44114
216-781-5515
Fax: 216-781-1030
Email: jmoeller@hcsattys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirby T. Griffis**
Spriggs & Hollingsworth
1350 I Street NW
Washington, DC 20005
202-898-5800
Fax: 202-682-1639

**Michael L. Junk**
Spriggs & Hollingsworth
1350 I Street NW
Washington, DC 20005
202-898-5800
Fax: 202-682-1639

**Defendant**

**C.R. Bard, Inc.** represented by **Gary D. Hermann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Moeller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirby T. Griffis**
(See above for address)

**Michael L. Junk**
(See above for address)

| Date Filed | # | Docket Text |
|---|---|---|
| 01/08/2008 | 1 | **Notice of Removal** from Allen County Common Pleas, case number |

| | | |
|---|---|---|
| | | CV2007 1355 with jury demand. Filing fee $ 350, receipt number 0647000000002799791, filed by Davol Inc., C.R. Bard, Inc.. (Attachments: # 1 Exhibit A, Summons and Complaint: Sheets v. Davol, Inc., et al., # 2 Exhibit B, Complaint: Kinney v. Davol, Inc., et al. # 3 Exhibit C, Complaint: Sayler, et al. v. Davol, Inc., et al. # 4 Civil Cover Sheet) (Moeller, Jeffrey) Modified text on 1/8/2008 (M,L). (Entered: 01/08/2008) |
| 01/08/2008 | | Judge Jack Zouhary assigned to case. (M,L) (Entered: 01/08/2008) |
| 01/08/2008 | 2 | Corporate Disclosure Statement filed by C.R. Bard, Inc.. (Moeller, Jeffrey) Modified on 1/17/2008 (no signture of counsel, filer notified) (B,TM). (Entered: 01/08/2008) |
| 01/08/2008 | 3 | Corporate Disclosure Statement filed by Davol Inc.. (Moeller, Jeffrey) Modified on 1/16/2008 (no signature on document, filer notified) (B,TM). (Entered: 01/08/2008) |
| 01/08/2008 | 4 | Magistrate Consent Form issued to counsel. (M,L) (Entered: 01/08/2008) |
| 01/11/2008 | 5 | **Case Management Conference Scheduling Notice** - case management conference to be held on 2/4/2008 at 1:30 PM at Chambers 16B (in Cleveland) before Judge Jack Zouhary. Parties to be available by phone. Signed by Judge Jack Zouhary on 1/11/08. (B,CJ) (Entered: 01/11/2008) |
| 01/11/2008 | 6 | **REMOVAL ORDER** - USDC accepts jurisdiction (Allen County Common Pleas Court, Case No. 2007cv1355). Signed by Judge Jack Zouhary on 1/11/08. (B,CJ) (Entered: 01/11/2008) |
| 01/16/2008 | 7 | Unopposed **Motion** to stay *of Proceedings Pending Transfer to Federal MDL* filed by Davol Inc., C.R. Bard, Inc.. (Attachments: # 1 Exhibit 1, Defendants' Forty-Sixth Rule 7.5(e) Notice of Potential Tag-Along) (Moeller, Jeffrey) (Entered: 01/16/2008) |
| 01/16/2008 | 8 | **MARGINAL ENTRY ORDER** granting Motion to stay case pending MDL determination. (Related Doc # 7 ) signed by Judge Jack Zouhary on 1/16/08.(B,CJ) (Entered: 01/16/2008) |
| 02/20/2008 | 9 | Conditional Transfer Order (CTO-13) ; certified copy from The Judicial Panel on Multidistrict Litigation with case list attached. Clerk, Judicial Panel Multidistrict Litigation transferring case to the District of Rhode Island and assigned to Judge Mary M. Lisi. (S,J) (Entered: 02/20/2008) |
| 03/03/2008 | | Case resent via CM/ECF to the District of Rhode Island on 3/3/08. Related document(s) 9 . (S,R) (Entered: 03/03/2008) |

**PACER Service Center**

**Transaction Receipt**

| | | | |
|---|---|---|---|
| 03/11/2008 14:17:58 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:08-cv-00049-JZ |

| | | | |
|---|---|---|---|
| **Billable Pages:** | 2 | **Cost:** | 0.16 |